UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIC LICHTENTHAL,

                Plaintiff,

                                                                ORDER

            v.                                                   06-CV-723A

COUNTY OF ERIE, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 15, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that the defendants' motions for summary judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott 's Report and Recommendation, defendants motions for summary judgment are denied.

        The case is referred back to Magistrate Judge Scott for further proceedings.

    SO ORDERED.

                                                s/ *Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: September 8, 2008