UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIC LICHTENTHAL,

      Plaintiff,

                    ORDER
v.                    06-CV-723A

COUNTY OF ERIE, et al.,

      Defendants.

---

    The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 20, 2009, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motions for summary judgement be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motions for summary judgment are granted and the complaint is dismissed.

    The Clerk of Court shall take all steps necessary to close the case.

    SO ORDERED.

                  *s/ Richard J. Arcara*
                  HONORABLE RICHARD J. ARCARA
                  CHIEF JUDGE
                  UNITED STATES DISTRICT COURT

DATED: September 11, 2009